UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

DAVIANNA FINCHER,, :

           Plaintiff, :

  - against - :

THE GROUP ROYAL AIR MAROC, ROYAL AIR :
MAROC, LTD. & MOROCCAN INTERNATIONAL :
AIRLINES, :

           Defendants. :

------------------------------------------------------------------x

Civil Action No.:

08 CV 6934 (JFK)

**STATEMENT PURSUANT TO
FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

attorney of record for defendant ROYAL AIR MAROC certifies that the following are parent

corporations and any publicly held corporation that owns more than 10% of stock of ROYAL

AIR MAROC:

        None

Dated: New York, New York
      August 4, 2008

                CONDON & FORSYTH LLP

                By_____
                  Michael J. Holland (MH8329)
                  A Partner of the Firm
                Attorneys for Defendants
                THE GROUP ROYAL AIR MAROC,
                ROYAL AIR MAROC, LTD. &
                MOROCCAN INTERNATIONAL AIRLINES
                7 Times Square
                New York, New York 10036
                (212) 490-9100